**DENNIS J. WORTMAN, P.C.**
2432 W. Peoria Avenue, Suite 1284
Phoenix, Arizona 85029
(602) 257-0101
Fax: (602) 626-7521
State Bar No. 002136
Attorney for Debtors
**djwortman@azbar.org**

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | ) **Chapter 11 Proceeding** |
| 4805, LLC, | ) **Case No. 2:15-bk-13269-PS** |
| Debtor, | ) |
| | ) **DEBTOR'S MOTION FOR ORDER DIRECTING TRUSTEE TO ABANDON ESTATE'S INTEREST IN REAL PROPERTY** |

The above named Debtor, by and through undersigned counsel hereby files its Motion For Order Directing Trustee to Abandon Property of the Estate and in support thereof states as follows:

1. Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on October 16, 2016.

2. The Debtor was unable to obtain confirmation of a Chapter 11 Plan. The case was converted to a case under Chapter 7 by Order of the Court entered on May 20, 2016.

3. At the time the case was filed, and continuing thereafter, the Debtor owned and was in possession of the following residential real property:

ADDRESS:

4805 East Valley Vista Lane, Paradise Valley, Arizona 85253

LEGAL DESCRIPTION:

Lots 15 and 16, HACIENDA ESTATES, according to the plat of record in the Office of the County Recorder of Maricopa County, Arizona, in Book 41 of Maps, page 50.

Except the West 10 feet thereof.

(The "Property") The property continues as property of the Estate.

4. The Property is subject to two valid and perfected security interests held by the following secured creditors:

    (a) LSF9, LLC in the sum of $3,014789.19 (See Proof of Claim dated 01/29/2016, Claim Register, Claim #1)

    and

    (b) Chase Bank in the sum of approximately $600,000.00.

Both claims are subject to accruing interest and attorneys fees.

Debtor is not aware of any additional liens attaching to the Property.

5. The Debtor's schedules show a value of the property of $1.4 MILLION. In September 2014, secured creditor Chase Bank had the property appraised. The property had a value of $1,250,000.00.

6. No equity exists for the benefit of the Estate over and above the indebtedness owed the secured creditors named above.

7. Bankruptcy Code Section 554(b) provides that a party in interest may move the Court to order the trustee to abandon any property of the estate that is burdensome or is of inconsequential value to the estate.

8. On June 1, 2016 the Court entered an Order providing stay relief for the benefit of LSF9 whose counsel indicated it intended to commence trustee sale proceedings under non bankruptcy law. The Court noted on the record the Debtor lacks equity in the property.

WHEREFORE, The Debtor requests the Court enter its Order Directing Trustee to Abandon Estates Interest in the Property identified above.

DATED this 2nd day of June, 2016.

                                DENNIS J. WORTMAN, P.C.

                                By: /s/ Dennis J Wortman
                                Dennis J. Wortman
                                Attorney for Debtor

Original filed and copy of the foregoing mailed/electronic mail this 2nd day of June, 2016, to:

U.S. Trustee's Office
230 N. First Ave., Ste. 204
Phoenix, Arizona 85003


4805 LLC
% Michael Peloquin
4805 East Valley Vista Lane
Paradise Valley, Arizona 85253


McCarthy & Holthus, LLP
Kristen McDonald, Esq.
8502 E Via De Ventura, Suite 200
Scottsdale, AZ 85258
Attorney for LSF9

Adam Nach, Esq.
Lane & Nach, PC
2001 E Campbell Ave., Ste. 103
Phoenix, AZ 85016

Constantino Flores
Chapter 7 Trustee
PO Box 511
Phoenix, AZ 85001

JP MORGAN CHASE
PO BOX 80730
ROCHESTER MI 48308


By: /s/ Kimberly Decker